IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN CARLOS ALMONTE-BAEZ,　　　　:
　　　　　Petitioner　　　　　　　　　:
　　　　　v.　　　　　　　　　　: Case No. 3:25-cv-00447-SLH-KAP
KRISTI NOEM *et al.*,　　　　　　　　:
　　　　　Respondents　　　　　　　:


Rule and Order

Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 that was transferred to the United States District Court for the Western District of Pennsylvania.

Service of the petition is to be made by counsel or, upon motion, by the Marshal. Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: December 31, 2025

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record

1