| | |
|---|---|
| JUAN CARLOS ALMONTE-BAEZ, <br><br> *Petitioner,* <br><br> v. <br><br> **KRISTI NOEM,** Secretary of the U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **PAMELA BONDI**, Attorney General of the United States; **JOHN D. TSOUKARIS,** Director of the Philadelphia Field Office of U.S. Immigration and Customs Enforcement; and Officer in Charge, Moshannon Valley ICE Processing Center in their official Capacities, <br><br> *Respondents.* | Case No. 3:25-cv-00447-SLH-KAP |

# ORDER

Upon consideration of Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED that:

A) Petitioner's Motion is GRANTED and the pending Petition for Writ of Habeas Corpus filed in this matter, Dkt. No. 1, is hereby withdrawn.

IT IS SO ORDERED.

January 29, 2026

_____
UNITED STATES DISTRICT JUDGE